IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICK ANSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, <br><br> Defendant. | 8:22CV174 <br><br> ORDER |

This matter is before the Court on plaintiff Patrick Anson, Jr.'s ("Anson") Motion to Proceed in Forma Pauperis (Filing No. 2). Upon careful review, the Court finds Anson's request to proceed in forma pauperis should be granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

IT IS SO ORDERED.

Dated this 11th day of May 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge