IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICK M. ANSON, JR., | |
| Plaintiff, | 8:22CV174 |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | JUDGMENT |
| Defendant. | |

In accordance with the Memorandum and Order (Filing No. 20) entered today, judgment is entered in favor of plaintiff Patrick M. Anson, Jr. and against defendant Kilolo Kijakazi, Acting Commissioner of Social Security. *See* Fed. R. Civ. P. 58.

Dated this 3rd day of January 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge